**Order entered November 5, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00560-CR
### No. 05-14-00561-CR

**PATRICK LEE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81610-2013; 199-81611-2013**

## ORDER

Appellant's November 3, 2014 third motion to extend the time to file appellant's brief is

**GRANTED**. Appellant's brief received by the Clerk of the Court on November 3, 2014 is

**DEEMED** timely filed on the date of this order.

/s/  LANA MYERS
    JUSTICE